**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| DONALD CHARLES WATTS, : | |
|     Petitioner, : | |
| vs. : | 1:03-CV-16-2 (WLS) |
| : | 1:98-CR-32-2 (WLS)) |
| UNITED STATES OF AMERICA, : | 1:00-CR-09 (WLS) |
| : | § 2255 |
|     Respondent. : | |

**ORDER**

    Before the Court is Petitioner/Appellant/Defendant's motion to proceed *in forma pauperis.* (Tabs 48, 1:00-CR-9; 148, 1:98-CR-32). Plaintiff is attempting to appeal his collateral attacks on his 1998 and 2000 convictions for distribution of marijuana and for escape. Specifically, Watts is attempting to appeal the Court's denial of Watts' successive § 2255 petition. To the extent that Watts is appealing each of the earlier criminal proceedings that terminated on September 22, 2000, and July 18, 2001, respectively, Watts' appeal of his convictions are untimely.  As Watts is appealing this Court's denial of his successive petition for relief under § 2255 executed on October 20, 2004, reconsideration denied on March 7, 2005 (Tabs 137, 143, 1:98-CR-32), this Court is required to treat the notice as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c).  Ewards v. United States, 114 F.3d 1083 (11th Cir. 1997).  Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.  As the petition in Case No. 1:00-CR-9 (WLS) was found to be a successive petition, and the time to appeal the other petition is untimely (1:98-CR-32), Watts has failed to make the required showing. 28 U.S.C. 2253(c).  Therefore, Watts' request to proceed *in forma pauperis*  (Tabs 148, 1:98-CR-32; 48, 1:00-CR-9) and for a COA is **DENIED.**

    **SO ORDERED**, this   23rd   day of May, 2005.


                                              /s/W. Louis Sands
                                       **W. LOUIS SANDS, CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT**